**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE DMCA § 512(h) | * | CIVIL ACTION: 25-474 |
| SUBPOENA TO X CORP. | * | |
| | * | |
| | * | JUDGE: |
| | * | |
| | * | MAGISTRATE: |
| | * | |

**MOTION FOR THE ISSUANCE OF A SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS PURSUANT TO 17 U.S.C. § 512(h)**

TO:
Legal Department
X Corp.
1355 Market Street, Suite 900
San Francisco, CA 94103

1. **Introduction:**

Pursuant to 17 U.S.C. § 512(h), James Reeves ("Reeves"), the copyright owner of the work identified below, hereby requests the issuance of a subpoena to X Corp. requiring the disclosure of identifying information regarding the user "@BasedSolutions1," who has unlawfully posted copyrighted material without authorization and has refused to remove it despite receiving actual notice of its infringing nature and the identity of the copyright holder.

Mr. Reeves is a resident of the Eastern District of Louisiana and conducts business in this jurisdiction. Mr. Reeves is a professional content creator and operates multiple firearm- and law-related media channels, including YouTube.com/TFBTV (~1.5M subscribers) and YouTube.com/JamesReeves (~200K subscribers). His content is produced for commercial use, and unauthorized redistribution directly harms the value of his brand and work.

As recognized in *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, a lawsuit is not a prerequisite to issuing a DMCA subpoena. 608 F. Supp. 3d 868, 874 (N.D. Cal. 2022). This subpoena is validly issued under 17 U.S.C. § 512(h) to identify an infringer already deemed violative by X Corp.

2. **Identification of Infringing Material**

The infringing material consists of a video originally created by James Reeves and posted on his verified X account, @jjreeves. Specifically, the video depicts a first-person view of Mr. Reeves firing a fully automatic .22 caliber Glock pistol with a suppressor. This video has been reposted without permission on X dozens of times, and Mr. Reeves has vigilantly sought removal of every infringing post through first informally requesting removal from the infringing user and, barring that, invoking X's DMCA takedown service to remove the content.

In this instance, the infringing user, "@BasedSolutions1," unlawfully reposted this content without authorization and refused to remove it when requested.

URLs of infringing posts:[1]

- https://x.com/BasedSolutions1/status/1896327892310876342
- https://x.com/BasedSolutions1/status/1896174097941573705

(Collectively, "the infringing posts" or "infringing content").

The infringer openly admitted knowledge of the copyright violation and responded with defiance instead of compliance. In their own words (emphasis added):[2]

> *I see that the original creator of this video is a little triggered that this video is being shared all over the internet with no credit to him.*
>  *1. I always give credit when I know who the original creator is*
>  *2. I didn't get it off this site, and there was no credit given.*
>  *3. If I did, I would have just embedded it or given credit*

---

[1] Note that these infringing posts have been collectively attached hereto as Exhibit 1.
[2] Exhibit 1.

*4. If he had reached out nicely and asked me to delete it or give credit I would have. Not because of any "violation" but just out of courtesy.*
*5. He didn't. So now he can eat my ass.[3]*

What followed was a confused and repetitive string of lewd, sexually suggestive, and offensive comments and memes posted by the infringing user, targeting Mr. Reeves and users who pointed out to the infringing user that his refusal to remove the content was morally and/or legally wrong.[4]

### 3. A Prima Facie Case of Copyright Infringement has been Established:

X has already determined that the material posted by @BasedSolutions1 constitutes copyright infringement and has removed it pursuant to a valid DMCA complaint. More specifically, on March 3, 2025, X acknowledged receipt of a DMCA takedown request filed by James Reeves (Ticket No. LEGAL-472691).[5] X reviewed the complaint and subsequently removed the infringing material from the infringing account, affirming its violative nature under the DMCA.[6] The infringing user, @BasedSolutions1, was notified of the removal and responded with public defiance, explicit insults, and an admission that s/he had taken the content without crediting the rightful owner.[7]

Because X has already made a determination that the conduct violated the DMCA,[8] this satisfies the requirement for a prima facie case of infringement for the subpoena to issue. This is not a case of questionable fair use or free speech concerns; it is an instance of straightforward copyright infringement confirmed by the service provider and unwisely admitted to by the infringing user.

### 4. Requested Information:

---

[3] See: https://x.com/BasedSolutions1/status/1896327892310876342
[4] Exhibit 1.
[5] Attached as Exhibit 2.
[6] Exhibit 2.
[7] Exhibit 1.
[8] Exhibit 2.

Mr. Reeves requests that X Corp. provide all identifying information associated with the infringing user @BasedSolutions1, including but not limited to:

- Full legal name
- Physical address
- Email address(es)
- IP address(es) used to post the infringing content
- Account creation date
- Any other identifying information reasonably necessary to identify and contact the infringer

**5. Certification of Good Faith:**

The undersigned certifies that the information sought is necessary for the enforcement of valid copyright rights and that this subpoena is not intended for any improper purpose. The copyright holder has made a good-faith effort to notify the infringing party, who has refused to comply.

Respectfully submitted:
**MELCHIODE MARKS KING LLC**

*/s/ James J. Reeves II*

_____
**JAMES J. REEVES II (#32643)**
639 Loyola Avenue, Suite 1800
New Orleans, Louisiana  70113
Telephone: (504) 336-2880
Facsimile:  (504) 336-2342
Email: jreeves@mmkfirm.com