Gmail                                           James Reeves <jjreevesii@gmail.com>

## LEGAL-472691: DMCA - Copyright owner

**X Legal Support** <legal-support@x.com>                        Mon, Mar 3, 2025 at 7:56 PM

—.—.—.—

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

-----------------------------------------------
Your ticket number: LEGAL-472691

Copyright owner:
> James J Reeves
Name:
> James J Reeves
Company:
> TFBTV
Job title:
> Manager
Email:
> jjreevesii@gmail.com

Address:
> 639 Loyola Avenue #1800
City:
> New Orleans
State/Province:
> LA
Postal code:
> 70113
Phone (optional):
> 5043835572

Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Filming myself shooting a fully automatic suppressed Glock.

Links to original work:
> https://x.com/jjreeves/status/1859976280076402993?s=46&t=X5q_0D_tZaQv8sb8IhSOrQ

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/basedsolutions1/status/1896174097941573705?s=46&t=X5q_0D_tZaQv8sb8IhSOrQ

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> This is a straight copy of my video that has been re-uploaded. The account refuses to remove or credit the video.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> James J Reeves
Country
> US

  James Reeves <jjreevesii@gmail.com>

## LEGAL-490915: DMCA - Copyright owner

**X Legal Support** <legal-support@x.com>                                            Fri, Mar 7, 2025 at 9:28 AM

—--—--—--
Reply above this line.

Hello,

We're writing to let you know that we have reviewed your allegations of copyright infringement, and have disabled the content that you reported from our site. Please note that it may take some time for the content to stop showing in all locations.

We appreciate you letting us know about this.

More information about X's Copyright policy can be found[ |https://help.x.com/en/rules-and-policies/copyright-policy] [here|https://help.x.com/en/rules-and-policies/copyright-policy].

To report additional infringing material on X, file a new report using our[ |https://help.x.com/forms/ipi/dmca][dedicated form|https://help.x.com/forms/ipi/dmca].

Thanks,

X