



Home
Explore
Notifications
Messages
Grok
Premium
Communities
Profile
More

Post

Home

Explore

Notifications

Messages

Grok

Premium

Communities

Profile

More

Post

3/6/25, 12:22 PM  (3) 🔥 Michael 🔥 on X: "I see that the original creator of this video is a little triggered that this video is being shared all over the in…

Case 2:25-mc-00474-EEF-DPC    Document 3-2    Filed 03/12/25    Page 5 of 12

X

Home

Explore

Notifications

Messages

Grok

Premium

Communities

Profile

More

Post

3/6/25, 12:22 PM (3) 🔥 Michael 🔥 on X: "I see that the original creator of this video is a little triggered that this video is being shared all over the in…

Case 2:25-mc-00474-EEF-DPC    Document 3-2    Filed 03/12/25    Page 6 of 12

Home
Explore
Notifications
Messages
Grok
Premium
Communities
Profile
More

Post

3/6/25, 12:22 PM (3) 🐸 Michael 🐸 on X: "I see that the original creator of this video is a little triggered that this video is being shared all over the in…

Case 2:25-mc-00474-EEF-DPC    Document 3-2    Filed 03/12/25    Page 7 of 12

3/6/25, 12:22 PM (3) #Michael # on X: "I see that the original creator of this video is a little triggered that this video is being shared all over the in…

Case 2:25-mc-00474-EEF-DPC    Document 3-2    Filed 03/12/25    Page 8 of 12

Home
Explore
Notifications
Messages
Grok
Premium
Communities
Profile
More

Post

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Premium
- Communities
- Profile
- More

Post

3/6/25, 12:22 PM     (6) 🇺🇸 Michael 🫡 on X: "I see that the original creator of this video is a little triggered that this video is being shared all over the in…

Case 2:25-mc-00474-EEF-DPC     Document 3-2     Filed 03/12/25     Page 10 of 12

X
Home
Explore
Notifications
Messages
Grok
Premium
Communities
Profile
More

Post

3/6/25, 12:25 PM          (3) Lester Dent on X: "@BasedSolutions1 I would not be so cavalier about this. Videos like this are automatically copyrighted upon …

Case 2:25-mc-00474-EEF-DPC    Document 3-2    Filed 03/12/25    Page 11 of 12





3/6/25, 12:25 PM (3) Lester Dent on X: "@BasedSolutions1 I would not be so cavalier about this. Videos like this are automatically copyrighted upon …

Case 2:25-mc-00474-EEF-DPC    Document 3-2    Filed 03/12/25    Page 12 of 12

5:13 PM · Mar 2, 2025 · **30.6K** Views

💬 1    🔁 2    ♥ 110    🔖 4    ⬆

Post your reply                                    Reply

**⚜ Michael ⚜** ✓  @BasedSolutions1 · Mar 2
Nah. I'll remove it if he asks me nicely AND apologizes.

He could have just said "please give me credit or please delete my video" and I would have.

Regardless of legality.

💬 13    🔁 1    ♥ 4    📊 2.3K    🔖 ⬆

**James Reeves - TFBTV** ✓  @jjreeves · Mar 2
You don't understand that it's coming down whether you want it to or not. Probably tomorrow, maybe the day after. But X has removed every one I've reported and given them a strike or a suspension.

💬 1    🔁 2    ♥ 97    📊 753    🔖 ⬆

**⚜ Michael ⚜** ✓  @BasedSolutions1 · Mar 2
So basically you're saying you're not coming over for some meatloaf?

💬 2    🔁    ♥ 1    📊 616    🔖 ⬆

**Goose** ✓  @gooooooooo0se · Mar 2
I'm hoping James uses you as an example. You seem like a douche.

💬    🔁    ♥ 44    📊 308    🔖 ⬆