## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO X CORP. | * * * * * * * | CIVIL ACTION: 25-474<br><br>JUDGE:<br><br>MAGISTRATE: |

### ORDER GRANTING DMCA SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

Considering the Motion for Issuance of a DMCA Subpoena filed by James J. Reeves, the Court finds that the motion is well-founded under **17 U.S.C. § 512(h)**;

IT IS ORDERED that:

1. The Clerk of Court shall issue a subpoena **directed to X Corp.**, requiring the disclosure of identifying information associated with the infringing **X** user **@BasedSolutions1**; and

2. The subpoena shall request the following information regarding the account **@BasedSolutions1**, to the extent such records exist:

   - Full legal name
   - Physical address
   - Email address(es)
   - IP address(es) used to post the infringing content
   - Account creation date
   - Any other identifying information reasonably necessary to identify and contact the infringer

New Orleans, Louisiana, this ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE