UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h) | * | CIVIL ACTION NO.: 2:25-mc-00474 |
| SUBPOENA TO X CORP. | * | |
| | * | |
| | * | JUDGE: ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE: DONNA PHILLIPS |
| | * | CURRAULT |
| | * | |

**MOTION FOR LEAVE TO ISSUE REVISED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS PURSUANT TO 17 U.S.C. § 512(h)**

NOW INTO COURT comes James J. Reeves, movant in the above-captioned matter, who respectfully moves this Honorable Court for leave to issue a revised subpoena pursuant to 17 U.S.C. § 512(h). The Court previously granted Mr. Reeves' motion[1] and authorized the issuance of a subpoena directed to X Corp. at its then-known business address.[2]

After the original service attempt, Mr. Reeves has learned that X Corp. no longer operates at the address listed in the previously issued subpoena. According to publicly available information, X Corp.'s current principal office address is:

**X Corp.**
**865 FM 1209, Building 2**
**Bastrop, Texas 78602**

On April 7, counsel filed a revised Summons Submitted for Issuance[3] which is attached in its entirety as Exhibit 1. This Court issued a notice of deficiency and requested that counsel file this motion for leave with the revised subpoena in its entirety by April 15. In order to effect proper

---

1. Doc 4.
2. *Id*
3. Doc. 6.

service, Mr. Reeves seeks leave of Court to issue a revised subpoena reflecting this updated address. This request does not amend or supplement the substance of the original motion or subpoena, and it is made solely to facilitate service consistent with the Court's original Order and the notice of deficiency re: Doc. 6.

    WHEREFORE, Mr. Reeves respectfully requests that this Court grant leave to issue a revised subpoena to X Corp. and authorize the Clerk to reissue the subpoena with the updated service address noted above.

    Respectfully submitted:
**MELCHIODE MARKS KING LLC**

*/s/ James J. Reeves II*

_____

**JAMES J. REEVES II (#32643)**
639 Loyola Avenue, Suite 1800
New Orleans, Louisiana  70113
Telephone: (504) 336-2880
Facsimile:  (504) 336-2342
Email: jreeves@mmkfirm.com