UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h) | * | CIVIL ACTION NO.: 2:25-mc-00474 |
| SUBPOENA TO X CORP. | * | |
| | * | |
| | * | JUDGE: ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE: DONNA PHILLIPS |
| | * | CURRAULT |
| | * | |

**MOTION FOR LEAVE TO ISSUE REVISED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS PURSUANT TO 17 U.S.C. § 512(h)**

NOW INTO COURT comes James J. Reeves, movant in the above-captioned matter, who respectfully moves this Honorable Court for leave to issue a revised subpoena pursuant to 17 U.S.C. § 512(h). The Court previously granted Mr. Reeves' motion[1] and authorized the issuance of a subpoena directed to X Corp. at its then-known business address.[2]

This is the second motion for leave filed by movant due to complications with serving X Corp. After the original service attempt, movant discovered that X Corp. had recently moved its legal department from California to Texas, thus, the address listed in the original subpoena was outdated. According to the Texas Secretary of State,[3] X Corp.'s current principal office address is: X Corp. 865 FM 1209, Building 2, Bastrop, Texas 78602. Moreover, under X Corp's online help center relative to obtaining user account information,[4] this same Bastrop address is listed as the proper address for contacting X Corp. for the exact information sought in the subpoena.[5]

---

[1] Doc. 4.
[2] *Id.*
[3] Ex. 1
[4] https://help.x.com/en/rules-and-policies/x-law-enforcement-support
[5] Ex. 2

Notwithstanding this, a server hired by movant to serve X Corp. at this address was apparently met with "hostile" security personnel who refused his attempt to serve this subpoena.[6] Although undersigned counsel advised that proper service could still be effected on an employee of X Corp. at the address listed, the process server was sufficiently intimidated to refuse to attempt further efforts to serve X Corp. at its principal place of business.

According to Texas Secretary of State records, X Corp. has appointed CT Corporation as a registered agent for service of process. Accordingly, movant asks this Court, hopefully for the last time, to issue a revised subpoena reflecting CT Corporation's Dallas, TX address:

**1999 Bryan Street, Suite 900, Dallas, TX 75201**

This request does not amend or supplement the substance of the original motion or subpoena, and it is made solely to facilitate service consistent with the Court's original Order.

WHEREFORE, Mr. Reeves respectfully requests that this Court grant leave to issue a revised subpoena to X Corp. and authorize the Clerk to reissue the subpoena with the updated service address noted above.

Respectfully submitted,

/s/ JAMES J. REEVES II
**JAMES J. REEVES II (#32643)**
639 Loyola Avenue, Suite 1800
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile:  (504) 336-2342
Email: jreeves@mmkfirm.com

---

[6] See correspondence from process server and signed notice of non-service attached collectively hereto as Exhibit 3.