**TEXAS SECRETARY of STATE**
**JANE NELSON**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805826142 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | December 16, 2024 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32097993722 | **FEIN:** | 208913779 |

| | |
|---|---|
| **Name:** | X Corp. |
| **Address:** | 865 FM 1209, Building 2<br>Bastrop, TX 78602 USA |
| **Fictitious Name:** | X Internet Corp. |
| **Jurisdiction:** | NV, USA |
| **Foreign Formation Date:** | March 9, 2023 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | **Address** | | | | **Inactive Date** |
| C T Corporation System | | 1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 USA | | | | |

[Order] [Return to Search]

**Instructions:**
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT 1