General inquiries from law enforcement or government officials (not requesting user data or content removal) can be submitted through our web form (https://support.twitter.com/forms/lawenforcement).

# Where to submit requests

All legal requests, including preservations, requests for account information (routine and emergency), and content removal requests may be submitted via X's Legal Request Submissions site available at: t.co/lr or legalrequests.x.com (https://legalrequests.twitter.com/forms/landing_disclaimer).

X's Legal Request Submission site is the designated single point of contact for EU member States' authorities as provided under Article 11 of Regulation (EU) 2022/2065 (Digital Services Act).

All legal requests made under Articles 9 and 10 of the Digital Services Act must be provided in English.

If you experience issues or are requesting access to our Legal Request Submissions site, you may ask for assistance through our web form (https://support.twitter.com/forms/lawenforcement) by selecting "other inquiries" for the type of request.

Receipt of correspondence by this means does not waive any objections, including the lack of jurisdiction or proper service.

**Non-law enforcement requests should be submitted through our Help Center.**

# Contact information

Our address details are:

**X Corp.**
Attn: Safety - Legal Policy
865 FM 1209 Bldg. 2
Bastrop, TX 78602

**X Internet Unlimited Company**
One Cumberland Place,
Fenian Street,
Dublin 2,
D02 AX07,
Ireland

Receipt of correspondence by any of these means is for convenience only and does not waive any objections, including the lack of jurisdiction or proper service. Governmental entities who do not submit legal requests through the Legal Request Submissions site should expect longer response times.

# Share this article





© 2025 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)
Privacy (https://x.com/privacy)
Terms and conditions (https://x.com/tos)

English

EXHIBIT 2