**From:** noreply@abclegal.com <noreply@abclegal.com>
**Date:** Saturday, April 26, 2025 at 3:48 PM
**To:** James J. Reeves <JREEVES@MMKFIRM.COM>
**Subject:** Service Attempted for Reference ID 557-0000

Email from ABC Legal.

Hello,

Your process server attempted to serve **X Corp.**.

While we weren't able to serve the documents this time, we will continue making attempts until diligence is met or the documents are served.

**Reference ID:** 557-0000

**Case #:** 2:25-mc-00474

**Your Process Server:** Anthony Nwadiaju

**Date / Time:** April 26 2025 03:43 PM

**Address:** 865 FM 1209, Building 2, Bastrop, TX 78602
**Outcome:** I spoke with an individual who identified themselves as the security officer and they stated service not permitted. This is a hostile environment. The Security officer stated all service of process should be delivered to X corp registered agent. I looked up online for X Corp registered agent and it stated X corp registered agent is CT corporation located at 701 Brazos street #720 Austin Texas 78701.

Sign in to:

- See real-time status updates 24/7
- Review attempt GPS Coordinates
- Review or download the attempt photo

Questions? Visit our FAQ page to learn more.

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

EXHIBIT 3