# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO X CORP. | * * * * * * * | CIVIL ACTION NO.: 2:25-mc-00474<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

# ORDER

Considering the motion for leave to file a revised subpoena, R. Doc. 10;

**IT IS ORDERED** that the motion is **GRANTED.** Movant, James J. Reeves, is granted leave of court to file the revised subpoena to X Corp. and the Clerk is directed to reissue the revised subpoena with the updated service address and date for compliance. The correct version of the subpoena is attached to this Order.

New Orleans, Louisiana, this 16th day of May, 2025.

_____
**J U D G E**