**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO X CORP. | * * * * * * * * | CIVIL ACTION NO.: 2:25-mc-00474<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

**MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

NOW INTO COURT comes James J. Reeves ("Movant"), who respectfully moves this Court for an order compelling X Corp. to comply with the subpoena issued pursuant to 17 U.S.C. § 512(h). In support thereof, Movant states as follows:

1. On May 17, 2025, this Court granted Movant's request to issue a subpoena under 17 U.S.C. § 512(h) to X Corp. for basic identifying information relating to the user of the X account @BasedSolutions1, which reposted Movant's copyrighted video without authorization.

2. The subpoena was served on X Corp. via its designated agent on May 19, 2025.

3. On June 2, X Corp. issued a blanket refusal to comply with the subpoena, asserting legally unsupported, boilerplate objections.

4. The subpoena seeks only basic subscriber information — name, email address, IP address(es) — which is routinely produced under § 512(h) and not protected by the Stored Communications Act (SCA), 18 U.S.C. § 2701 et seq.

5. X Corp.'s refusal to produce this non-content, identifying information despite a valid court order constitutes a violation of Rule 45.

6. This refusal has delayed the enforcement of Movant's rights under the Copyright Act and undermines the authority of this Court.

WHEREFORE, Movant respectfully requests that the Court:

1. Grant this Motion to Compel;

2. Order X Corp. to comply with the subpoena and produce the requested subscriber information within 7 days of this Order;

3. Grant any other relief the Court deems just and proper.

Respectfully submitted,

**/s/ James J. Reeves II**
**JAMES J. REEVES II (#32643)**
639 Loyola Avenue, Suite 1800
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile: (504) 336-2342
Email: jreeves@mmkfirm.com
Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on counsel for X Corp. via email and the CMECF system on June 10, 2025.

    **/s/ James J. Reeves II**
    **JAMES J. REEVES II**