

639 Loyola Avenue | Suite 2550
New Orleans, LA 70113
Tel: 504.336.2880
Fax: 504.336.2342
mmkfirm.com

**James J. Reeves II**
Attorney at Law
Member
Licensed in Louisiana, Mississippi,
Alabama, and Florida
Direct: 504.336.2464
jreeves@mmkfirm.com

June 9, 2025

<u>*VIA E-MAIL*</u>
*Ari Swazer*
*McDermott Will & Emery LLP*
*2049 Century Park East, Suite 3200*
*Los Angeles, CA 90067-3206*
aswazer@mwe.com

**RE: Repeated Unauthorized Use of Copyrighted Video Content by @Interesting_ail – Legal Ticket No. LEGAL-915492**

Counsel,

Please accept this correspondence as a formal cease and desist and notice under 17 U.S.C. § 512 regarding the continued unauthorized use of copyrighted video content posted by the X account "@Interesting_ail" (https://x.com/interesting_ail), which remains live despite multiple valid DMCA takedown requests.

Specifically, on June 1, 2025, this account reposted a video originally created and owned by the account "@jjreeves" showing a Glock 44 firing in full auto, recorded with Ray-Ban Meta sunglasses. The original video is accessible here:

https://x.com/jjreeves/status/1859976280076402993?s=46&t=X5q_0D_tZaQv8sb8IhSOrQ

The infringing repost remains live at:

https://x.com/interesting_ail/status/1929184226286452886?s=46&t=X5q_0D_tZaQv8sb8IhSOrQ

**EXHIBIT 2**



DMCA takedown requests were submitted to X on June 1, June 2, and June 4, with an additional follow-up submitted today, June 9. No action has been taken, and no response has been received.

At this point, X's continued failure to act on a clearly infringing repost constitutes willful blindness at best and affirmative protection of a known infringer at worst. X is on repeated written notice of infringement of this federally protected intellectual property, and X is exposing itself to direct and secondary liability under federal law for its failure to promptly act in this and other cases, such as the "BasedSolutions01" subpoena also discussed with your offices today.

This is not a fair use situation involving parody, fair use, or ambiguity. This account reposted an entire, unedited, original video, without attribution, commentary, transformation, or permission. This is textbook infringement. If X continues to shelter this content, it forfeits the safe harbor protections of § 512(c) and becomes vulnerable to liability under § 512(f) for knowingly allowing infringement to persist despite multiple takedown notices and ample time to act.

If the infringing video is not removed immediately, I will have no choice but to initiate proceedings in federal court against both the infringing user and X Corp. for violations of the DMCA and applicable copyright laws.

Please preserve all documents, communications, and logs associated with this account and the handling of DMCA complaints related to this matter.

Sincerely,

**James J. Reeves**