**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE DMCA § 512(h) | * | CIVIL ACTION NO.: 2:25-mc-00474 |
| SUBPOENA TO X CORP. | * | |
| | * | |
| | * | JUDGE: ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE: DONNA PHILLIPS |
| | * | CURRAULT |
| | * | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Movant, James J. Reeves, will bring the attached Motion to Compel for submission before The Honorable Eldon E. Fallon on the 25th day of June, 2025, at 9:00 a.m.

                                            Respectfully submitted,

                                            **/s/ James J. Reeves II**
                                            **JAMES J. REEVES II (#32643)**
                                            639 Loyola Avenue, Suite 1800
                                            New Orleans, Louisiana 70113
                                            Telephone: (504) 336-2880
                                            Facsimile: (504) 336-2342
                                            Email: jreeves@mmkfirm.com
                                            Counsel for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion has been served on counsel for X Corp. via email and the CMECF system on June 10, 2025.

                                            **/s/ James J. Reeves II**
                                            **JAMES J. REEVES II**