UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h) | * | CIVIL ACTION NO.: 2:25-mc-00474 |
| SUBPOENA TO X CORP. | * | |
| | * | |
| | * | JUDGE: ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE: DONNA PHILLIPS |
| | * | CURRAULT |
| | * | |

**MOTION TO CONTINUE/RESET SUBMISSION DATE**

NOW INTO COURT, through undersigned counsel, comes Movant, James J. Reeves, who respectfully moves this Honorable Court to continue the submission date on the Motion to Compel Compliance with Subpoena (Doc. 15) currently set on June 26, 2025 before The Honorable Eldon E. Fallon to July 30, 2025 before The Honorable Donna Phillips Currault.

WHEREFORE, Movant respectfully requests that the Court reset the submission date on the Motion to Compel to July 30, 2025 before The Honorable Donna Phillips Currault, or on the next available date thereafter that is convenient to the Court.

Respectfully submitted,

**/s/ James J. Reeves II**
**JAMES J. REEVES II (#32643)**
639 Loyola Avenue, Suite 1800
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile: (504) 336-2342
Email: jreeves@mmkfirm.com
Counsel for Movant

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on counsel for X Corp. via email and U.S. Certified Mail on June 19, 2025.

                                            **/s/ James J. Reeves II**
                                            **JAMES J. REEVES II**