## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO X CORP. | * * * * * * * * | CIVIL ACTION NO.: 2:25-mc-00474<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

## ORDER

Considering the forgoing Motion to Continue Submission Date:

**IT IS HEREBY ORDERED** that the current submission date on the Motion to Compel Compliance with Subpoena (Doc. 15) of June 26, 2025 before The Honorable Eldon E. Fallon is hereby continued and reset to the 30th day of July, 2025 at 11:00 a.m. before The Honorable Donna Phillips Currault.

THIS DONE AND SIGNED this _____ day of _____, 2025, in New Orleans, Louisiana.

_____
**J U D G E**