**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO X CORP. | * * * * * * * * | CIVIL ACTION NO.: 2:25-mc-00474<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Movant, James J. Reeves, will bring the Motion to Compel (Doc. 15) for submission before The Honorable Donna Phillips Currault on the 30th day of July, 2025, at 11:00 a.m.

Respectfully submitted,

**/s/ James J. Reeves II**
**JAMES J. REEVES II (#32643)**
639 Loyola Avenue, Suite 1800
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile: (504) 336-2342
Email: jreeves@mmkfirm.com
Counsel for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on counsel for X Corp. via email and U.S. Certified Mail on June 19, 2025.

**/s/ James J. Reeves II**
**JAMES J. REEVES II**