# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h) | * | CIVIL ACTION NO.: 2:25-mc-00474 |
| SUBPOENA TO X CORP. | * | |
| | * | |
| | * | JUDGE: ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE: DONNA PHILLIPS |
| | * | CURRAULT |
| | * | |

## <u>ORDER</u>

Considering the forgoing Motion to Continue Submission Date filed by James J. Reeves, R. Doc. 16:

**IT IS HEREBY ORDERED** that the current submission date on the Motion to Compel Compliance with Subpoena (R. Doc. 15) of June 26, 2025 is hereby continued and **RESET** to **August 6, 2025, at 9:00 a.m.** before the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 23rd day of June, 2025.

**THE HONORABLE ELDON E. FALLON**