UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DMCA § 512(h)<br>SUBPOENA TO X CORP. | CIVIL ACTION NO.: 2:25-MC-00474<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE:<br>DONNA PHILLIPS CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF LOUISIANA

PARISH OF JEFFERSON

### AFFIDAVIT OF JAMES JONATHAN HAWK

COMES NOW, James Jonathan Hawk, and after being duly sworn, deposes and states as follows:

1. I am over the age of eighteen and am competent to testify;
2. I have been admitted to practice law in the State of California and currently maintain good standing with The State Bar of California; and,
3. There have never been any criminal or disciplinary proceedings against me.

Further deponent sayeth not.

Dated this __29__ day of ____July____, 2025.

_____
JAMES JONATHAN HAWK

SWORN TO AND SUBSCRIBED BEFORE ME

THIS __29__ DAY OF ____July____, 2025.

_Chloe Krake_
NOTARY PUBLIC (# __41301__)

Chloe Krake
PRINTED NAME OF NOTARY

> Notarized online using audio-video communication
>
> Chloe Krake
> Electronic Notary Public
> State of Louisiana
> Commission #: 41301
> Commission Expires: No Expiration

{01469333.DOCX;1}

**EXHIBIT A**