UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO X CORP. | * * * * * * * * * | CIVIL ACTION NO.: 2:25-MC-00474<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE:<br>DONNA PHILLIPS CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

### AFFIDAVIT OF ARIANNA RAY SWAZER

COMES NOW, Arianna Ray Swazer, and after being duly sworn, deposes and states as follows:

1. I am over the age of eighteen and am competent to testify;
2. I have been admitted to practice law in the State of California and currently maintain good standing with The State Bar of California; and,
3. There have never been any criminal or disciplinary proceedings against me.

Further deponent sayeth not.

Dated this __29__ day of __July__, 2025.

_____
ARIANNA RAY SWAZER

SWORN TO AND SUBSCRIBED BEFORE ME
THIS __29__ DAY OF __July__, 2025.

_____
NOTARY PUBLIC (# _2416839_ )

__Anna Nicole Koon__
PRINTED NAME OF NOTARY



ANNA NICOLE KOON
Notary Public - California
Los Angeles County
Commission # 2416839
My Comm. Expires Sep 19, 2026

{01468941.DOCX;1}

**EXHIBIT A**