

# Supreme Court of California

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

### ARIANNA RAY SWAZER

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that ARIANNA RAY SWAZER, #359884, was on the 7th day of December, 2024 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 29th day of July 2025.

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

By: _____
Sean Kennedy, Deputy Clerk