Valerie Theng Matherne (LSBA# 25898)
vmatherne@courington-law.com
COURINGTON, KIEFER, SOMMERS, MATHERNE & BELL LLC
616 Girod Street
New Orleans, LA 70130-3718
Telephone   +1 504 524 5510
Facsimile    +1 504 524 7887

J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
Ari Swazer (SBN 359884)
Aswazer@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:    +1 310 277 4730

Attorneys for Respondent X CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DMCA § 512(h), SUBPOENA TO X CORP. | CIVIL ACTION NO.: 2:25-mc-00474 <br><br> **DECLARATION OF JOLIE PERLA IN SUPPORT OF RESPONDENT X CORP.'S OPPOSITION TO PETITIONER'S MOTION TO COMPEL 512(H) SUBPOENA** <br><br> JUDGE:  ELDON E. FALLON <br><br> MAGISTRATE:  DONNA PHILLIPS CURRAULT <br><br> HEARING DATE: August 6, 2025 <br><br> HEARING TIME: 9:00am |

I, JOLIE PERLA, declare as follows:

1. I am an employee of X Corp in its legal department. I have personal knowledge of the facts set forth herein, and could competently testify to those facts if called as a witness in this proceeding. I am submitting this declaration in support of Respondent X Corp.'s Opposition to Petitioner's Motion to Compel 512(h) Subpoena.

2. In my position I am familiar with X Corp.'s operations.

3. X Corp. is a global technology company whose accessible platform is widely available.

4. X Corp. is a Nevada corporation whose headquarters and principal place of business is Bastrop, Texas. X Corp. does not have any offices or a physical presence in Louisiana.

5. X Corp. received the Subpoena from petitioner in connection with the above-captioned DMCA action. I have reviewed the Subpoena and requests contained therein.

6. X Corp. and its custodians who have control over X Corp.'s documents and data of the type sought via the Subpoena are not located in the State of Louisiana. X Corp. has no offices or custodians in Louisiana and, as such, the information that Petitioner seeks in the Subpoena is not accessible in Louisiana.

7. On June 3, 2025, I received an email from the user @BasedSolutions1 in response to the user notice of receipt of legal process. A true and correct copy of that email with the email addresses redacted is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of July, 2025, at San Jose, California.



JOLIE PERLA

2
DECLARATION OF JOLIE PERLA IN SUPPORT OF RESPONDENT X CORP.'S OPPOSITION TO PETITIONER'S MOTION TO COMPEL 512(H) SUBPOENA

# Exhibit A



Jolie Perla ▮▮▮@x.com>

### Re: X Receipt of Legal Process

▮▮▮ "'▮▮▮' via x-legal' via Legal Policy' via ▮▮▮ ▮▮▮@x.com>  Tue, Jun 3, 2025 at 1:47 PM
Reply-To: ▮▮▮
To: X ▮▮▮@x.com>

Thank you for the email notification, sincerely.

Please do not provide any personal information to this person. I did not download the video from his X account. And it has already been taken down, he suffered no financial damages and said he wants to use me as an example and I also believe he wants to reveal me personal information and he is only doing this for pettiness and revenge.

I want to seek legal advice on this matter so thanks for letting me know.

When you said you might reveal basic subscriber information, what does this mean? Can you please clarify?

Thank you so much for your time.

Sent with ▮▮▮

On Tuesday, June 3rd, 2025 at 1:24 PM, X ▮▮▮@x.com> wrote:

> Dear X User:
>
> We are writing to inform you that X received the attached legal process, dated 5/16/2025, requesting information regarding your X account, @BasedSolutions1.
>
> X has not disclosed any information regarding your account at this time. Please be advised that X may be obligated to produce basic subscriber information related to your account in the future. We wanted to bring this matter to your attention. If you intend to challenge the legal process please raise this matter with the court of competent jurisdiction or the requesting party directly as found in the attached legal process.
>
> While we cannot give you any legal advice, we suggest that you seek your own counsel in this matter. If you need assistance seeking counsel, you may consider contacting the Electronic Frontier Foundation (https://www.eff.org/pages/legal-assistance[eff.org], info@eff.org, +1 415-436-9333) or the ACLU (http://www.aclu.org/affiliates[aclu.org], +1 212-549-2500).
>
> For more general information on legal requests, please refer to the following Help Center article: https://t.co/lrfaq.
>
> Sincerely,
>
> X