## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DMCA § 512(h),<br>SUBPOENA TO X CORP. | CIVIL ACTION NO.: 2:25-mc-00474<br><br>SECTION: L(1) |

### NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that effective August 1, 2025, McDermott Will & Emery LLP changed its name to the following:

**McDermott Will & Schulte LLP**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other McDermott Will & Schulte LLP attorneys remains unchanged.

Dated: August 4, 2025                Respectfully submitted,

*/s/ Valerie Theng Matherne*
**VALERIE THENG MATHERNE (LSBA #25898)**
**CHLOE L. KRAKE (LSBA #41301)**
**COURINGTON, KIEFER, SOMMERS,**
**MATHERNE & BELL, L.L.C.**
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile:  (504) 524-7887
Email:   vmatherne@courington-law.com
            ckrake@courington-law.com

**AND**

**MCDERMOTT WILL & SCHULTE LLP**

By:    */s/J. Jonathan Hawk*
        J. Jonathan Hawk (SBN 254350)
        (admitted *pro hac vice*)
        Ari Swazer (SBN 359884)
        (admitted *pro hac vice*)
        2049 Century Park East, Suite 3200
        Los Angeles, CA 90067-3206
        Telephone: (310) 277-4111
        Facsimile:  (310) 277-4730
        jhawk@mwe.com
        aswazer@mwe.com

*Attorneys for Respondent X Corp.*