UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DMCA SUBPOENA TO X CORP.　　　　　CIVIL ACTION NO.: 25-mc-474
　　　　　　　　　　　　　　　　　　　　　　SECTION: L(1)

**OPPOSITION TO X'CORP.'S MOTION FOR LEAVE TO FILE SUR-REPLY**

　　Petitioner respectfully opposes X Corp.'s request for leave to file a sur-reply.[1] Particularly frustrating is the argument that Petitioner raises "new arguments" in its reply. Ironically, as mentioned in Petitioner's reply, **X Corp. itself never raised jurisdictional grounds in its written objections** and accordingly, how could Petitioner anticipate an argument to personal jurisdiction in its motion to compel that was never raised by X Corp. until it filed its opposition?

　　Petitioner's original motion was made in response to a series of broad, vague, boilerplate objections, making it difficult to anticipate what objections X Corp. would actually seek to substantiate if compelled. Notably, jurisdiction was never mentioned in these objections. This forced Petitioner to file a similarly sweeping motion to anticipate all possible arguments, and then respond in greater detail – within a 10 page briefing limit – to issues truly raised for the first time in X Corp.'s lengthy opposition, such as its jurisdictional argument.

　　X Corp. has already filed an extensive, fully developed opposition and seeks, in effect, a second bite at the apple. Allowing a sur-reply would reward delay and vague, placeholder objections such as those submitted in response to the subpoena, and further undermine the purpose of §512(h) proceedings, which are designed to provide prompt enforcement of clear copyright rights.

---

[1] Sur-replies are "heavily disfavored" in this Circuit. See *Weems v. Hodnett,* No. 10–CV–1452, 2011 WL 2731263, at *1 (W.D.La. July 13, 2011).

Respectfully submitted,

**/s/ James J. Reeves II**
**JAMES J. REEVES II (#32643)**
639 Loyola Avenue, Suite 1800
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile: (504) 336-2342
Email: jreeves@mmkfirm.com
*Petitioner*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion has been served on counsel for X Corp. via email and the CMECF system on August 5th, 2025.

    **/s/ James J. Reeves II**
    **JAMES J. REEVES II**