UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512 SUBPOENA TO X CORP. | * | NO. 25-MC-474 |
| | * | JUDGE ELDON E. FALLON |
| * * * * * * * | * | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## ORDER

Before the Court is a Motion to Compel filed by Plaintiff, James Reeves, R. Doc. 15, and a Motion for Leave to File Sur-Reply filed by X. Corp., R. Doc. 31. The Court has carefully reviewed the parties' briefing and the applicable law. As such, the Court and the parties would benefit from more thorough briefing in the form of separately filed motions on the issues of this Court's personal jurisdiction over X. Corp. and whether this is a proper venue. Accordingly;

**IT IS HEREBY ORDERED** that X. Corp.'s Motion to File Sur-Reply is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the submission date for Plaintiff's Motion to Compel shall be **RESET** to September 3, 2025.

New Orleans, Louisiana, this 8th day of August, 2025.

THE HONORABLE ELDON E. FALLON