UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DMCA § 512(h), SUBPOENA TO X CORP. | CIVIL ACTION NO.: 2:25-mc-00474 |
| | JUDGE:         ELDON E. FALLON |
| | MAGISTRATE:   DONNA PHILLIPS CURRAULT |
| | HEARING DATE: September 3, 2025 |
| | HEARING TIME: 9:00am |

**RESPONDENT (NON-PARTY) X CORP.'S MOTION TO QUASH SUBPOENA**

NOW INTO COURT, pursuant to Federal Rule of Civil Procedure 45(d)(3), comes non-party X Corp., by its undersigned counsel who respectfully request this Honorable Court grant its Motion to Quash a subpoena issued by this Court under Section 512(h) of the Digital Millennium Copyright Act ("DMCA") and directed to X Corp. (the "Subpoena,") (ECF 15-2), for the reasons more fully set forth in the accompanying Memorandum in Support.

[*signature block on following page*]

Dated: August 15, 2025

Respectfully submitted,

*/s/ Valerie Theng Matherne*
**VALERIE THENG MATHERNE (LSBA #25898)**
**CHLOE L. KRAKE (LSBA #41301)**
**COURINGTON, KIEFER, SOMMERS,**
**MATHERNE & BELL, L.L.C.**
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile:  (504) 524-7887
Email:   vmatherne@courington-law.com
         ckrake@courington-law.com

**AND**

**MCDERMOTT WILL & SCHULTE LLP**

By:   */s/J. Jonathan Hawk*
J. Jonathan Hawk (SBN 254350)
(admitted *pro hac vice*)
Ari Swazer (SBN 359884)
(admitted *pro hac vice*)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730
jhawk@mwe.com
aswazer@mwe.com

*Attorneys for Respondent X Corp.*