## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512(h), SUBPOENA TO X CORP. | CIVIL ACTION NO.: 2:25-mc-00474 | |
| | JUDGE: | ELDON E. FALLON |
| | MAGISTRATE: | DONNA PHILLIPS CURRAULT |
| | HEARING DATE: September 3, 2025 | |

**DECLARATION OF ARIANNA SWAZER IN SUPPORT OF RESPONDENT (NON-PARTY) X CORP.'S MOTION TO QUASH SUBPOENA**

{01480689.DOCX;1}

DECLARATION OF ARIANNA SWAZER IN SUPPORT OF RESPONDENT (NON-PARTY) X CORP.'S MOTION TO QUASH (Case NO. 2:25-mc-00474-EEF-DPC)

## **DECLARATION OF ARIANNA SWAZER**

I, Arianna Swazer, declare as follows:

1.  I am an attorney at law duly authorized to practice law in the State of California, and am admitted *pro hac vice* to this Court. I am an associate with the law firm of McDermott Will & Shulte LLP, attorneys of record for Respondent (Non-Party) X Corp. I have personal knowledge of the facts set forth herein, and could competently testify to those facts if called as a witness in this proceeding.

2.  On May 19, 2025, X Corp. was served with a subpoena (the "Subpoena") issued in connection with this matter under Section 512(h) of the Digital Millennium Copyright Act ("DMCA").

3.  On Monday, June 2, 2025, I sent written responses, including objections, to that Subpoena to the issuing party, James Reeves ("Petitioner").

4.  I participated in two email threads with Petitioner and my colleague J. Jonathan Hawk. I have reviewed the contents of ¶¶ 3-5, 7-12, 20-26 of the concurrently filed Declaration of J. Jonathan Hawk and the contents accurately reflect the correspondence I sent to and received from Petitioner.

5.  I participated in two telephone calls, on June 11, 2025 and June 13, 2025, with Petitioner and my colleague J. Jonathan Hawk. I have reviewed the contents of ¶¶ 15-19 of the concurrently filed Declaration of J. Jonathan Hawk. The events of the telephonic meeting as described therein accurately reflect my recollection of the meeting.

I declare under penalty of perjury under the laws of the State of California, of the State of Louisiana, and of the United States of America that the foregoing is true and correct.

Executed this 15th day of August, 2025, at Los Angeles, California.

*/s/    Arianna Swazer*
Ari Swazer (SBN 359884) (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:	+1 310 277 4110
Facsimile:	+1 310 277 4730
aswazer@mwe.com
***Attorney for Respondent X CORP.***
