## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DMCA § 512(h), SUBPOENA TO X CORP. | CIVIL ACTION NO.: 2:25-mc-00474 |
| | JUDGE: ELDON E. FALLON |
| | MAGISTRATE: DONNA PHILLIPS CURRAULT |
| | HEARING DATE: September 3, 2025 |
| | HEARING TIME: 9:00am |

**NOTICE OF SUBMISSION ON
RESPONDENT (NON-PARTY) X CORP.'S MOTION TO QUASH SUBPOENA**

PLEASE TAKE NOTICE that Respondent, X Corp., will submit for consideration its Motion to Quash Subpoena before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom B309, New Orleans, Louisiana, on the 3rd day of September, 2025 at 9:00 a.m.

Dated: August 15, 2025

      Respectfully submitted,

      */s/ Valerie Theng Matherne*
      **VALERIE THENG MATHERNE (LSBA #25898)**
      **CHLOE L. KRAKE (LSBA #41301)**
      **COURINGTON, KIEFER, SOMMERS,
MATHERNE & BELL, L.L.C.**
      P. O. Box 2350
      New Orleans, LA 70176
      616 Girod Street
      New Orleans, LA 70130
      Telephone: (504) 524-5510
      Facsimile:  (504) 524-7887
      Email:  vmatherne@courington-law.com
             ckrake@courington-law.com

      **AND**

*/s/J. Jonathan Hawk*
J. Jonathan Hawk (SBN 254350)
(admitted *pro hac vice*)
Ari Swazer (SBN 359884)
(admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:	+1 310 277 4110
Facsimile:	+1 310 277 4730
jhawk@mwe.com
aswazer@mwe.com

*Attorneys for Respondent X Corp.*