UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DMCA § 512(h), SUBPOENA TO X CORP. | CIVIL ACTION NO.: 2:25-mc-00474 |
| | JUDGE:  ELDON E. FALLON |
| | MAGISTRATE:  DONNA PHILLIPS CURRAULT |

**JOINT STIPULATION REGARDING HEARING DATES**

Petitioner James Reeves ("Petitioner") and Respondent (Non-Party) X Corp. (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on March 11, 2025, Petitioner filed an application seeking the issuance of a subpoena under the Digital Millennium Copyright Act, 17 U.S.C. § 512(h) (the "DMCA") (ECF 1);

WHEREAS, after filing several amended petitions, the Court issued a subpoena under the DMCA (the "Subpoena") directed to X Corp. on May 17, 2025 (ECF 12);

WHEREAS, the Subpoena was served on X Corp. on May 19, 2025, and X Corp. timely responded with written objections;

WHEREAS, on June 10, 2025, Petitioner filed a motion to compel responses against X Corp. (ECF 15);

WHEREAS, the Parties have fully briefed the motion to compel and it is set for hearing on September 3, 2025;

WHEREAS, on August 15, 2025, X Corp. filed a motion to quash the Subpoena after an Order from the Court (ECF 34, 35);

WHEREAS, the hearing on X Corp.'s motion to quash is set for September 3, 2025;

WHEREAS, X Corp. and Petitioner have continued to discuss potential resolution of their dispute;

WHEREAS, following those discussions, the Parties request that the Court continue the hearing date on Petitioner's motion to compel (ECF 15) and X Corp.'s motion to quash (ECF 35), which are currently scheduled for September 3, 2025, for 60 days, to Wednesday, November 2, 2025, or as soon thereafter as the Court can hear the matter;

WHEREAS, the Parties believe that they can resolve their dispute within that 60 day time period. Specifically, Petitioner intends to seek an application for a new subpoena under the DMCA from the United States District Court for the Northern District of Texas, to be served on X Corp. once issued;

WHEREAS, the Parties anticipate that the issuance of such subpoena should —provided it follows the contours discussed and agreed upon by the Parties—resolve this dispute such that this matter would be resolved;

WHEREAS, this stipulation is without prejudice to any of Petitioner's and X Corp.'s respective rights, including their rights to pursue their pending motions. Neither party waives any arguments or defenses they have asserted or may assert. Nothing in this stipulation shall be construed as an admission by either party or as a waiver of any argument, right, or defense not specifically addressed above.

IN LIGHT OF THE FOREGOING RECITALS, AND SUBJECT TO THE APPROVAL OF THE COURT, the Parties respectfully request that the Court continue the hearing date of September 3, 2025 on the Parties' pending motions for 60 days, to November 2, 2025, to enable the Parties time to undertake efforts to resolve this matter.

Dated: August 25, 2025                    Respectfully submitted,

*/s/ Valerie Theng Matherne*
**VALERIE THENG MATHERNE (LSBA #25898)**
**CHLOE L. KRAKE (LSBA #41301)**
**COURINGTON, KIEFER, SOMMERS,**
**MATHERNE & BELL, L.L.C.**
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile:  (504) 524-7887
Email:   vmatherne@courington-law.com
              ckrake@courington-law.com

**AND**

**MCDERMOTT WILL & SCHULTE LLP**

By:    */s/ J. Jonathan Hawk*
J. Jonathan Hawk (SBN 254350)
(admitted *pro hac vice*)
Ari Swazer (SBN 359884)
(admitted *pro hac vice*)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730
jhawk@mwe.com
aswazer@mwe.com

*Attorneys for Respondent X Corp.*

**/s/ James J. Reeves II**
**JAMES J. REEVES II (#32643)**
639 Loyola Avenue, Suite 1800
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile: (504) 336-2342
Email: jreeves@mmkfirm.com
*Petitioner*