UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DMCA § 512 SUBPOENA TO X CORP. | * | NO. 25-MC-474 |
| | * | JUDGE ELDON E. FALLON |
| * * * * * * * | * | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

### ORDER

Considering the Joint Stipulation Regarding Hearing Dates filed by Petitioner James Reeves and Respondent X. Corp., R. Doc. 36;

**IT IS HEREBY ORDERED** that the submission dates for both Petitioner's Motion to Compel, R. Doc. 15, and Respondent's Motion to Quash, R. Doc. 35, shall be **RESET** to **November 5, 2025**.

New Orleans, Louisiana, this 26th day of August, 2025.

THE HONORABLE ELDON E. FALLON