# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE DMCA § 512 SUBPOENA TO X CORP.** | * | **NO. 25-MC-474** |
| | * | **JUDGE ELDON E. FALLON** |
| * * * * * * * | * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

### ORDER

Considering the pending motions, R. Docs. 15 and 35;

**IT IS ORDERED** that the parties shall submit a joint letter to the Court advising it of the status of this case on or before Monday, October 27, 2025. The letter shall be submitted via facsimile (504-589-6966).

New Orleans, Louisiana, this 22nd day of October, 2025.

_____
THE HONORABLE ELDON E. FALLON