UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DMCA § 512              *       NO. 25-MC-474
SUBPOENA TO X CORP.
                              *       JUDGE ELDON E. FALLON

                              *       MAGISTRATE JUDGE
*   *   *   *   *   *   *             DONNA PHILLIPS CURRAULT

**ORDER**

Pending before the Court are two motions, a Motion to Compel filed by Petitioner James Reeves and a Motion to Quash Subpoena filed by X Corp. R. Docs. 15, 35. On October 22, 2025, the Court issued an order requesting a status update from the parties in light of its knowledge that Petitioner filed an application for the issuance of a subpoena pursuant to the Digital Millennium Copyright Act in the Northern District of Texas that is, in all relevant respects, identical to the application sought, and granted, here.

The parties responded and advised the Court that the Texas court granted the subpoena application, X. Corp. has since produced data to Petitioner, and any discussions concerning the produced data will be considered, if necessary, by the Texas court. As such, the parties agreed to withdraw their respective pending motions before this Court. Accordingly;

**IT IS ORDERED** that the Motion to Compel, R. Doc. 15, and the Motion to Quash, R. Doc. 35, are hereby **DENIED AS MOOT**.

The parties also requested the Court close this proceeding. Accordingly;

**IT IS FURTHER ORDERED** that this matter is hereby **DISMISSED**.

New Orleans, Louisiana, this 27th day of October, 2025.

_____
THE HONORABLE ELDON E. FALLON